# United States District Court

## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

ROBIN P. RANDLE

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:06 MJ 201 DDN

I, Daniel Bracco, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 3, 2006, in St. Louis County, in the Eastern District of Missouri, defendant did, (Track Statutory Language of Offense)

possess with the intent to distribute more than five hundred grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance drug

in violation of Title 21, United States Code, Section 841(a)(1). I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof.  __X__ Yes   No__ No

Sworn to before me, and subscribed in my presence

Signature of Complainant
Daniel Bracco
Special Agent

October 5, 2006                                    at      St. Louis, Missouri
Date                                                      City and State

David D. Noce
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer