UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| ROBIN P. RANDLE, | ) | |
| | ) | |
| Defendant. | ) | |

FILED

OCT 2 5 2006

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

4:06CR00645SNL

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 3, 2006, in St. Louis County, within the Eastern District of Missouri,

**ROBIN P. RANDLE,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute more than five hundred grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(B).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
MICHAEL A. REILLY, #115988
Assistant United States Attorney